IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEMETRIUS SMITH,** | : | |
| | : | |
| Plaintiff | : | |
| | : | **CIVIL ACTION NO. 3:19-CV-0345** |
| v. | : | |
| | : | (Judge Caputo) |
| **SGT. BLOUGH**, *et al.*, | : | |
| | : | |
| Defendants | : | |

# O R D E R

**AND NOW**, this **15th** day of **AUGUST 2019**, it is **ORDERED** that:

1. Mr. Smith's "Objections and Requests to have his Appeal Rights Reinstated" (ECF No. 9) is construed as a motion for reconsideration.

2. Mr. Smith's Motion for Reconsideration (ECF No. 9) is **DENIED**.

                                              /s/ A. Richard Caputo
                                              **A. RICHARD CAPUTO**
                                              **United States District Judge**